# Xavier R. Donaldson
## Attorney at Law
### 136 Madison Avenue, 6th Floor
### New York, NY 10016
### 212-772-3334
xdonaldson@aol.com

March 14, 2025

**VIA Email and ECF**
Judge P. Kevin Castel
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Time for Nakia McCoy to surrender extended to April 22, 2025 at 2pm to the institution designated by the BOP and, if none designated, to the U.S. Marshal for this District.
> SO ORDERED.
> Dated: 3/14/2025
>
> *P. Kevin Castel*
> United States District Judge

Re:   *United States v. Nakia McCoy*
      24 Cr 371 (PKC)

Your Honor,

    I represent Ms. McCoy in the above referenced matter. Ms. McCoy has been sentenced and was ordered by this Court to voluntarily surrender to a location designated by the BOP. Notably, and pursuant to our request, this Court suggested to the BOP that Ms. McCoy be allowed to serve her sentence in a location that will facilitate family visitation. Recently, the BOP designated FMC Carswell, located in Northern Texas as the location for Ms. McCoy to begin her seven (7) week sentence.

    Currently, Ms. McCoy does not have the economic ability to get to Texas and this particular designation location will absolutely prevent Ms. McCoy from having any visitation as no family would be able to visit her which may simultaneously contribute to pre-existing mental health issues. Consequently, we are requesting an additional 30 days for Ms. McCoy to surrender so that the undersigned can communicate with the BOP and hopefully convince BOP to alter the designation location. The Government does not object to this request.

    Thank you in advance for your consideration related to this fluid situation.

Sincerely,

*/s/ Xavier R. Donaldson*

Xavier R. Donaldson

Case 1:24-cr-00371-PKC    Document 35    Filed 03/14/25    Page 2 of 2